## **CERTIFICATE OF SERVICE**

    I, Kevin M. Capuzzi, hereby certify that on April 25, 2018, I caused a true and correct copy of Defendant A. Duie Pyle, Inc.'s Motion to Dismiss and to Compel Arbitration to be served upon the parties of record via the Court's electronic filing system:

                                                    */s/ Kevin M. Capuzzi*
                                           Kevin M. Capuzzi (NJ No. 173442015)

11137505 v1